petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Harding v. Walker*, No. CA–00–140–5–1–MU (W.D.N.C. Dec. 6, 2000). We also deny Harding's motion to compel preparation of a trial transcript. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

PER CURIAM.

Colleen D. Knight appeals the district court's order affirming the Commissioner of Social Security's denial of Knight's claim for disability benefits. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Knight v. Apfel*, No. CA–99–83–1 (N.D.W.Va. Sept. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Colleen D. KNIGHT, Plaintiff–Appellant,**

v.

**Kenneth S. APFEL, Commissioner of Social Security, Defendant–Appellee.**

No. 01–1040.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 27, 2001.

Colleen D. Knight, pro se. Kelly Claire Connelly, Social Security Administration, Philadelphia, PA, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kenneth B. KUBINSKI, Defendant–Appellant.**

No. 99–6985.

United States Court of Appeals, Fourth Circuit.

Submitted June 15, 2001.

Decided June 28, 2001.

